FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH CARL PALMER,<br><br>    Petitioner,<br><br>v.<br><br>VICTOR M. ALMAGER, Warden,<br><br>    Respondent. | No. CV 06-7717-R (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 14, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE